**STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| HAPKA FARMS, INC. and AMY HAPKA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BAYER CROPSCIENCE LP, BAYER CROPSCIENCE, INC., CORTEVA, INC., CARGILL INCORPORATED, BASF CORPORATION, SYNGENTA CORPORATION, WINFIELD SOLUTIONS, LLC, UNIVAR SOLUTIONS, INC., FEDERATED CO- OPERATIVES LTD., CHS INC., NUTRIEN AG SOLUTIONS INC., GROWMARK INC., GROWMARK FS, LLC, SIMPLOT AB RETAIL SUB, INC., AND TENKOZ, INC.,<br><br>    Defendants. | Case No. 0:21-cv-00685-PJS-TNL<br><br>**NOTICE OF APPEARANCE**<br><br>DEMAND FOR JURY TRIAL |

The undersigned attorney hereby notifies the Court and counsel that Mark Reinhardt shall

appear as counsel of record for Plaintiffs Hapka Farms, Inc. and Amy Hapka, in this case.

Dated: March 14, 2021     Respectfully submitted,

           By:  *s/Mark Reinhardt*
           Mark Reinhardt, #90530
           Garrett D. Blanchfield, #209855
           **REINHARDT WENDORF & BLANCHFIELD**
           332 Minnesota Street, Suite W1050
           St. Paul, MN 55101
           Tel:  (651) 287-2100
           m.reinhardt@rwblawfirm.com
           g.blanchfield@rwblawfirm.com

           *Attorneys for Plaintiffs*
           *Hapka Farms, Inc. and Amy Hapka*